1052

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY JOHN TARRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00684-1, George N. Bowden, J., entered May 12, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02779-1, Brian D. Gain, J., entered July 6, 1999. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. LEXING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03033-4, Joan E. DuBuque, J., entered August 24, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN S. RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00162-4, Michael E. Cooper, J., entered July 20, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.